

Monday, April 20, 2015

No. 15–0454/AF. U.S. v. Martin C. Massey. CCA 38496. Appellant's motion to suspend the page limit contained in Rule 21A is granted.

Tuesday, April 21, 2015